225 U. S.    Decisions on Petitions for Writs of Certiorari.

No. 1042. FRANK M. ASHLEY, PETITIONER, v. THE SAMUEL C. TATUM COMPANY. May 13, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Frank E. Rapp* for the petitioner. *Mr. E. E. Wood* and *Mr. William R. Wood* for the respondent.

---

No. 1088. WYLIE PERMANENT CAMPING COMPANY, PETITIONER, v. GAIL V. LYNCH. May 13, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. George E. Price* for the petitioner. *Mr. John H. Holt* and *Mr. J. B. Handlan* for the respondent.

---

No. 1127. THE CITY AND COUNTY OF DENVER ET AL., PETITIONERS, v. THE NEW YORK TRUST COMPANY ET AL.; and No. 1128. THE CITY AND COUNTY OF DENVER ET AL., PETITIONERS, v. THE DENVER UNION WATER COMPANY ET AL. May 27, 1912. Petition for writs of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit granted. *Mr. George L. Nye, Mr. H. A. Lindsley, Mr. C. S. Thomas, Mr. C. W. Waterman, Mr. W. H. Bryant* and *Mr. George Q. Richmond* for the petitioners. *Mr. Gerald Hughes, Mr. Clayton C. Dorsey, Mr. Joel F. Vaile* and *Mr. Henry McAllister, Jr.,* for the respondents.

---

No. 1134. THE UNITED STATES, PETITIONER, v. TWENTY-FIVE PACKAGES OF PANAMA HATS. May 27, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted.